NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA C. CARTIER GIROUX
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6059
FAX: (702) 388-6336
Lisa.Cartier-Giroux@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RUFINO PEREZ-BAUTISTA,<br><br>   Defendant. | Case No. 2:02-cr-00057-GMN-BNW<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and LISA C. CARTIER-GIROUX, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges

///

///

brought against defendant RUFINO PEREZ-BAUTISTA contained in the Indictment in case number 2:02-cr-00057-GMN-BNW.

DATED this 23rd day of December, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Lisa C. Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUFINO PEREZ-BAUTISTA,<br><br>Defendant. | Case No. 2:02-cr-00057-GMN-BNW<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant RUFINO PEREZ-BAUTISTA contained in the Indictment in case number 2:02-cr-00057-GMN-BNW.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Lisa C. Cartier Giroux*
LISA C. CARTIER GIROUX
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant RUFINO PEREZ-BAUTISTA contained in the Indictment in case number Case No. 2:02-cr-00057-GMN-BNW.

**IT IS SO ORDERED.**

Dated this __8__ day of February, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3